**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Phillip Linton MOBLEY, Defendant–Appellant.**

No. 06–10587
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 3, 2007.

Jeffrey Robert Haag, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The Assistant Federal Public Defender Counsel appointed to represent Phillip Linton Mobley has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mobley was notified of counsel's motion, but he has not filed a response.

Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.